**Order entered January 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01371-CV

**VECTRA INFOSYS, INC., Appellant**

**V.**

**SANDEEP KUMAR ADEMA AND DEEPA CHINTAM, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15170**

## ORDER

Before the Court is appellee Deepa Chintam's January 22, 2019 first motion to extend time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 11, 2019.

/s/    BILL WHITEHILL
          JUSTICE